# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00004-CV

### Rockwall Ranch Property Owners Association, Appellant

### v.

### Joseph Gonzales, Daniel Estrada, and Jerry Werlla, Appellees

---

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY,
### NO. C2020-1418C, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Rockwall Ranch Property Owners Association has filed an unopposed petition for permissive appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.014(d), (f); Tex. R. App. P. 28.3. The interlocutory order the Association seeks to appeal satisfies Subsection 51.014(d) of the Texas Civil Practice and Remedies Code and Texas Rule of Civil Procedure 168 by expressly granting permission to appeal, identifying two controlling questions of law as to which there is a substantial ground for difference of opinion, and stating why an immediate appeal may materially advance the ultimate termination of the litigation. *See* Tex. Civ. Prac. & Rem. Code § 51.014(d); Tex. R. Civ. P. 168. We accept the appeal, the notice of appeal is deemed to have been filed on the date of this order, and the appeal will proceed under the rules governing accelerated appeals. *See* Tex. Civ. Prac. & Rem. Code § 51.014(f); Tex. R. App. P. 28.3.

It is ordered on March 11, 2022.


Before Justices Goodwin, Baker, and Triana